LEO STEIN and Others v. CHEMICAL IMPORTING AND MANUFACTURING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

ELIZABETH CAREY v. MINERVA B. TOLER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

HENRY F. WOLFF and Another v. A. LANTERNIER and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

JAMES FAY v. THE HERALD COMPANY.— Motion granted to extent stated in order and in other respects denied, without costs. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

INTERSTATE CHEMICAL COMPANY v. JAMES B. DUKE.— Motion for resettlement granted. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

ROCCO ROSCALZO v. PALISADE REALTY AND AMUSEMENT COMPANY.— Motion granted and stay vacated. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

JACOB SCHEER v. SCHEER GINSBERG COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

FRANCES STEIN v. GEORGE L. LYON.— Motion granted. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

WILLIAM R. MONTGOMERY v. WILSON M. SHEAR.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

JOSEPH S. LESSER v. INTERNATIONAL TRUST COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

JOSEPHINE GUNTZER v. TIMOTHY HEALY.— Motion denied, with ten dollars costs.

In the Matter of EDWARD HERRMAN.— Motion denied. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PELLETIER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

MARTHA THORMAN, Respondent, v. UNITED MERCHANTS REALTY AND IMPROVEMENT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

DORMAN L. ORMSBY, Respondent, v. HILLTOP AUTOMOBILE STATION, INC., Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Davis, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title, etc., to the Lands, etc., Required for the Opening and Extending of Zerega Avenue, from Castle Hill Avenue at or near Hart's Street to Castle Hill Avenue at or near West Farms Road,